PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
### _____ DIVISION

Robert Trahan   281042
Plaintiff's Name and ID Number

Jefferson County Correctional facility
Place of Confinement

1:25cv591

CASE NO._____
(Clerk will assign the number)

v.

Jefferson County Correctional facility 5030 Hwy 69 S. Bmt TX 77705
Defendant's Name and Address

Tandk medical 5030 Hwy 69. South Bmt Tx. 77705
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.**  ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred.  If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: Jefferson County Correctional facility

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Robert Trahan 5030 Highway 69 South Beaumont Tx 77705.

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Jefferson County Correctional facility 5030 Hwy 69 S. Beaumont Tx 77705

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Violation of 8th amendment cruel unusual punishment

Defendant #2: Lt Hawkins JCCF Lieutenant 5030 Hwy 69. South Beaumont TX 77705

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Violations of Rights to Privilege Doctor Client Hepa Violation

Defendant #3: Correctional Officer Swift, 5030 Hwy 69 South Beaumont Texas 77705

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Deliberate indifference to the safety of inmate causeing Bodily Harm

Defendant #4: T and K medical corp. medical Staff JCCF 5030 Hwy 69. South Beaumont TX 77705

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Deliberate indifference for Health Care needs and rehabilitation

Defendant #5: will add Defendants as discovered by investigation and amendment of Claim.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 10-10-25 in Dorm QB Lower

See Attached

Claim

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory Damages in the Amount of $17 million dollars and any and all incurred medical bills and future medical needs

VII.  GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Rob, Robert, Robbie, Robert Earl

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

FBI 590954MC7, TDC 2422562

VIII. SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?    _____YES  ✓ NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

# Complaint

## I.

My NAME is "Robert Trahan", I am currently confined as a pretrial Detainee in the Jefferson County Correctional Facility, which is a new generation, direct supervision facility, which is appointed Correctional Officers to Supervise Dorms and Rec yards, On Oct 10, 2025 in Dorm QB Lower Where i was housed in the 96th Bunk and under the Supervision of Correctional "Officer Swift", at approximately 6:00 a.m. - 9:00 a.m., I was approached by another inmate who had began to do my assigned Dorm Cleanup Job and i informed him that the job had been assigned to me, to which he became aggressive, Stateing "IF YOU DON'T LIKE IT THEN DO SOMETHING ABOUT IT" At that point i explained as i walked to the supply closet where he walked to that "I DON'T WANT TO FIGHT" i am just letting you know that its how i get paid every week and its my job." At this point i walked to my bunk to allow the situation to deescalate", that is when "Officer Swift" whom had been listening to me say how i didnt want to fight started antagonizing me telling us both "Go ahead and Fight" "Yall get that" "Why yall ain't Fighting yet" "I ain't calling no code". I responded as she walked closer to me as

I sat on my bunk that i had already said " I DONT WANT TO FIGHT MRS. SWIFT" "I came to my bunk to let the tension blow over so why are you pressuring us to fight"? At that time the other inmate again became verbally aggressive and began to walk towards me with "Officer Swift" in between us, "officer Swift" then stepped aside allowing the inmate to approach me aggressively with his hands up so I stood trying to defend myself, the inmate pushed me back making me slip and tackled me into the sharp corner of a bunk causing a kidney contusion and multiple fractures of lower spine and left hip, as the 350-400 pound inmate "NED" remained on top of me and after "Officer Swift" heard the noise of bones cracking she then paniced and finally turned the lights of the dorm on and called a code, Since I have experienced excessive bleeding while I urinate and have been denied the medical attention I have needed for my injuries, and have been punished by being placed in "Solitary Confinement" for asking numerous ranking officers as well as each and every dorm officer that worked from the 10th - 16th of Oct. for help, and being refused of any help, I was also turned down by each and every JCCF officer that I had asked to please call my family / Emergency Contact to let them know that i was hurt and "they said no they

Could not do anything for me." I tried to speak with the medical staff who showed "Deliberate Indifference" and gave no aid to my re-habilitation and refused to call and let my Emergency contact know that i was hurt. That same day mental health "Mrs. Ortiz" Called me out to the Rec yard for my "Mentall Health" Evaluation Shortly after being sent to my dorm from medical w/o aid, where she and I were both Rudely interruped by "JCCF LT. Hawkins" Not only cutting Mrs. Ortiz" off in a rude tone but all also belittling my mental health telling "Mrs. Ortiz" that "iam Lying about my mental health" "Trahan go back to your dorm now" "Theres a inmate down here at the other Rec yard gate with real mental health problems" Forcing me and "Mrs. Ortiz" to cut our Evaluation off Completely as she stood there, Repeatedly saying that I was lying to "mrs. ortiz" and to keep walking as i was still trying to appologize to the Mental health Lady Ortiz. We both looked at eachother in shock and i walked back up to "mrs. ortiz" couse she walked back to the fence and apologized to me for what Lt. Hawkins did and then walked off as hawkins was still waiving her away from me. To Date I suffer excruciating Lower back, pelvis, and kidney pain as well as blood in my urine from my Kidney being injured, Due to the negligence of "Correctional Officer Swift", I also suffer from depression" due to no help and there

being No "Incident Report" Filed, and the disregard
by LT. Hawkins for my Doctor Patient Privelege by
interuptions after eavesdropping ON a mental Health
evaluation, and the "Mental anguish" of being
punished to try and cover up this incident by
Internal AFFAIRS Detective Gardner."

## Complaint

### I.

My Name is "Robert Trahan," I am currently Confined as a pretrial Detainee in the Jefferson County Correctional Facility, which is a New generation, direct supervision facility, which is appointed Correctional Officers to Supervise Dorms and Rec yards, ON Oct 10, 2025 iN DorM QB Lower Where i was house in the 96th Bunk and vnder the Supervision of Correctional "Officer Swift", at approximately 6:00 a.m. - 9:00 a.m., I was approched by another inmate who had began to do my assigned Domm Cleanup Job awd i informed him that the job had been assigned to me, to which he became aggressive, Stateing "IF YOU DON'T LIKE IT THEN DO SOMETHING ABOUT IT" At that point i explained as i walked to the supply closet where he walked to that "I DON'T WANT To FIGHT" "i am just Letting you Know that its how i get paid every week and its my job." At this point i walked to my bunk to allow the situation to de-escalate, that is when "Officer Swift" whom had been Listening to me say how i didn't want to fight Started antagonizing me telling us both "Go ahead and fight", "Ya'll get that" "Why ain't yall fighting yet" "I ain't Calling No code," I responded as she walked closer to me as I set on my bunk that i had already said "I DON'T WANT TO FIGHT MRS. SWIFT", "I CAME TO MY BUNK TO

LET THE TENSION BLOW OVER So WHY ARE YOU PRESSUREING
US TO FIGHT"? at that time the other Inmate again
became verbally aggressive and began to walk towards
me with "Officer Swift" inbetween us, "officer Swift"
then stepped aside allowing the inmate to approach me
aggressively with his hands up so I stood trying
to defend myself, the inmate pushed me back
making me slip and tackled me into the sharp corner
of a bunk causing a Kidney Contusion and multiple
fractures of Lower spine and Left hip, as the 350-400
Pound inmate "NED" remained on top of me and
after "Officer Swift" heard the noise of bones
cracking she then paniced and finnally turned the
Lights of the dorm on and called a code, Since
I have exsperienced excessive bleeding while I urinate
and have been denied the medical attention I have
needed for my injuries, and have been punished by
being placed in "Solitary Confinement" for asking
Numerous ranking officers as well as each and
every dorm officer that worked from the 10th 16th
of Oct. for help, and being refused of any help,
I was also turned down by each and every "JCCF
officer" that I had asked to please call my family /
Emergency Contact to Let them Know that i was
hurt and "they said no they could not do
any thing for me". I tried to speak with the
medical Staff who showed "Deliberate Indifference"

and gave no aid to my re-habilitation and refused
to Call and Let my Emergency contact know that
i was hurt. That same day mental health
"Mrs. Ortiz" Called me out to the Rec yard for
my "Mental Health" Evaluation Shortly after being
sent to my dorm from medical w/o aid, where
she and I were both Rudely interrupted by "Jeff
LT. Hawkins" Not only cutting "Mrs. Ortiz" off
in a rude tone but also be littleing my mental
health telling "Mrs. Ortie" that "I am Lying
about my mental health", "Trahan go back to
your dorm now", "There a inmate down here
at the other Rec yard gate with real mental
health problems" Forcing me and "Mrs. Ortiz" to
cut our Evaluation off completely as she stood there
Repeatedly saying that I was Lying to "mrs. ortiz"
and to keep walking as i was still trying to
appologize to the Mental Health Lady Ortiz. We
both looked at eachother in shock and iwalked back
up to "mrs. ortiz" cause she walkEd back to the
fence and apologized to me for what Lt. hawkins
did and then walked off as hawkins was still
walving her away from me. To date I suffer
excruciating Lower back, pelvis, and kidney pain
as well as blood in my urine from my Kidney being
injured, Due to the Neglagance of "Correctional Officer
Swift", I also suffer from depression" due to no help
and there

being no "Incident Report" filed, and the disregard
by Lt. Hawkins for my Docter Patient Priveledge by
interuptions after eaves dropping on a mental health
evaluation, and the "Mental Anguish" of being
punished to try and cover up this incident by
"Internal AFFAIRS Detective Gardner."

§ United States District

§

V.S. § Court for the

§

Eastern Division of Texas

Cause No:

## Plaintiff's Request for Summons

To above named Defendants you are hereby Summoned and required to serve upon the Plaintiff whose address is 5030 Hwy 69 South Beaumont, Tx. 77705, an answer to the Complaint which is here with served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent there of is a defendant. If you fail to do so, Judgement by default will be taken against you for relief demanded in complaint

Clerk of Court

_____
Signature

_____
Date of Service

§    United States District

V.S.    §    Court for the

§

Eastern Division of Texas

Cause No :

## Plaintiffs Request for Summons

To above named Defendants you are hereby Summoned and required to serve upon the Plaintiff whose address is 5030 Hwy 69 South Beaumont, Tx. 77705, an answer to the complaint which is here with served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent there of is a defendant. If you fail to do so, Judgement by default will be taken against you for relief demanded in complaint

_____    Clerk of Court

Signature

_____    Date of Service

4.  Have the sanctions been lifted or otherwise satisfied?          ____YES  ✓NO

C.  Has any court ever warned or notified you that sanctions could be imposed?          ____YES  ✓NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that issued warning (if federal, give the district and division): _____

2.  Case number:_____

3.  Approximate date warning was issued:_____

Executed on: __12/7/25__
             DATE

_____
*Robert Trisham*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __7th__ day of __November__, 20 __25__.
             (Day)              (month)              (year)

_____
*Robert Trisham*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

| REFERENCE NUMBER | DATE | TYPE |
|---|---|---|
| 27,273,606 | 11/04/25 | LT./SG.T |
| 27,272,921 | 11/04/25 | LT./SGT |
| 27,235,752 | 11/01/25 | Complaint |
| 27,234,955 | 11/01/25 | Booking |
| 27,233,880 | 11/01/25 | LT./SGT |
| 27,226,003 | 10/31/25 | MAILROOM |
| 27,205,963 | 10/30/25 | Law Library |
| 27,179,093 | 10/29/25 | I-Affairs |
| 27,173,843 | 10/28/25 | Complaint |
| 27,170,461 | 10/28/25 | Classification |
| 27,145,996 | 10/27/25 | Booking |
| 27,139,873 | 10/27/25 | Law Library |
| 27,136,211 | 10/26/25 | Lt/Sgt. |
| 27/087/012 | 10/23/25 | Complaint |
| 27,050,179 | 10/21/25 | Complaint |
| 27,044,302 | 10/20/25 | Mail Room |
| 27,044,170 | 10/20/25 | Law Library |
| 27,014,962 | 10/18/25 | Lt/Sgt. |
| 27,014,939 | 10/18/25 | Complaint |
| 26,977,002 | 10/16/25 | Lt/Sgt |
| 26,976,972 | 10/16/25 | Internal Affairs |
| 26,976,116 | 10/16/25 | Lt./Sgt |
| 26,968,746 | 10/15/25 | Lt. Sgt. |
| 26,963,816 | 10/15/25 | Complaint |
| 26,962,721 | 10/15/25 | Int. Affairs |
| 26,960,095 | 10/15/25 | Int. Affairs |
| 26,959,449 | 10/15/25 | Lt./Sgt |
| 26,959,306 | 10/15/25 | Booking |
| 26,959,072 | 10/15/25 | Commissary |
| 26,953,652 | 10/14/25 | Complaint |
| 26,938,830 | 10/14/25 | Booking |
| 26,938,701 | 10/14/25 | Complaint |
| 26,933,326 | 10/13/25 | Internal Affairs |

P.2

| REFERENCE NUMBER | DATE | TYPE |
|---|---|---|
| 26, 931, 183 | 10/13/25 | Lt./Sgt. |
| 26, 926  135 | 10/13/25 | Complaint |
| 26, 925 991 | 10/13/25 | Commissary |
| 26, 914, 938 | 10/12/25 | Complaint |
| 26, 914, 488 | 10/12/25 | Booking |
| 26, 909, 438 | 10/12/25 | commissary |
| 26, 903, 721 | 10/11/25 | Complaint |
| 26, 898, 745 | 10/11/25 | Complaint |
| 26, 898, 641 | 10/11/25 | Complaint |
| 26, 898, 570 | 10/11/25 | Complaint |
| 26, 892, 648 | 10/10/25 | LT./SGT |
| 26, 892, 634 | 10/10/25 | Complaint |
| 27, 353, 741 | 11/8/25 | H. Service |
| 27, 305, 227 | 11/5/25 | H. Service |
| 27, 266, 044 | 11/3/25 | M. Health |
| 27, 259, 506 | 11/3/25 | H. Service |
| 27, 252, 041 | 11/3/25 | M. Health |
| 27, 230, 790 | 11/1/25 | M. Health |
| 27, 226, 048 | 10/31/25 | M. Health |
| 27, 2103, 152 | 10/31/25 | M. Health |
| 27, 209, 441 | 10/30/25 | M. Health |
| 27, 163, 166 | 10/28/25 | M. Health |
| 27, 153, 059 | 10/27/25 | M. Health |
| 27, 153, 026 | 10/27/25 | M. Health |
| 27, 139, 686 | 10/27/25 | H. Services |
| 27, 139, 679 | 10/27/25 | M. Health |
| 27, 136, 231 | 10/26/25 | H. Services |
| 27, 118, 370 | 10/25/25 | H. Services |
| 27, 118, 364 | 10/25/25 | M. Health |
| 27, 118, 336 | 10/25/25 | H. Services |
| 27, 113, 594 | 10/24/25 | M. Health |
| 27, 113, 566 | 10/24/25 | H. Services |
| 27, 113, 533 | 10/24/25 | M. Health |
| 27, 048, 999 | 10/21/25 | H. Services |
| 27, 044, 093 | 10/20/25 | H. Services |
| 27, 020, 601 | 10/19/25 | H. Services |
| 27, 015, 014 | 10/18/25 | H. Services |
| 27, 969, 277 | 10/15/25 | H. Services |

REQUEST PAGE

| REFERENCE NUMBER | DATE | TYPE |
|---|---|---|
| 26  931  322 | 10 / 13 / 25 | H. Service |
| 26  931  306 | 10 / 13 / 25 | Dental |
| 26  931  298 | 10 / 13 / 25 | M. Health |
| 26  931  231 | 10 / 13 / 25 | H. Services |
| 26  915  054 | 10 / 12 / 25 | H. Services |
| 26  912  261 | 10 / 12 / 25 | M. Health |
| 26  910  124 | 10 / 12 / 25 | M. Health |
| 26  898  532 | 10 / 11 / 25 | H. Services |
| 26  895  209 | 10 / 10 / 25 | H. Services |
| 26  892  679 | 10 / 10 / 25 | M. Health |
| 27  272  886 | 10 / 4 / 25 | I. Grievance |
| 27  180  294 | 10 / 29 / 25 | I. Grievance |
| 27  179  185 | 10 / 29 / 25 | I. Grievance |
| 27  087  094 | 10 / 23 / 25 | I. Grievance |
| 27  050  125 | 10 / 21 / 25 | I. Grievance |
| 27  045  237 | 10 / 20 / 25 | I. Grievance |
| 26  968  796 | 10 / 15 / 25 | I. Grievance |
| 26  962  774 | 10 / 15 / 25 | I. Grievance |
| 26  959  022 | 10 / 15 / 25 | I. Grievance |
| 26  954  581 | 10 / 14 / 25 | I. Grievance |
| 26  943  928 | 10 / 14 / 25 | I. Grievance |
| 26  941  139 | 10 / 14 / 25 | I. Grievance |
| 26  781  647 | 10 / 03 / 25 | I. Grievance |

**JEFFERSONCOUNTYTX**

11/3/2025 10:15 AM

# Resident Consolidated Statement

Transactions from 05/03/2025 to 11/03/2025

## Resident

| | |
|---|---|
| Name: | Trahan, Robert |
| Booking ID: | 281042 |
| Resident Number: | 281042 |
| DOB: | 03/16/1991 |
| Status: | Active |
| Admit: | 08/20/2025 |
| Release: | 12/29/2024 |

## Funds

| Trust Categories | Beginning Balance | Ending Balance |
|---|---|---|
| Spending: | $0.00 | $0.00 |
| Spending: | $0.00 | $0.54 |
| Savings: | $0.00 | $0.00 |
| Other Accounts: | $0.00 | $0.00 |
| Debt: (this booking) | $0.00 | $0.00 |

## Spending

| Trust | | | Beginning Balance | $0.00 |
|---|---|---|---|---|

| Date | Accounting Event | Description | Amount | Balance |
|---|---|---|---|---|
| 08/27/2025 | Secure Deposit | Receipt: 160229359, Depositor: Kristina Polanco | $30.00 | $30.00 |
| 08/27/2025 | Commissary Purchase | Charge for Order 100388557 | ($29.24) | $0.76 |
| 08/28/2025 | Secure Deposit | Receipt: 160245756, Depositor: Whitney Thompson | $75.00 | $75.76 |
| 08/28/2025 | Commissary Purchase | Charge for Order 100388900 | ($47.03) | $28.73 |
| 08/28/2025 | Secure Deposit | Receipt: 160306829, Depositor: Whitney Thompson | $25.00 | $53.73 |
| 08/30/2025 | Commissary Purchase | Charge for Order 100389204 | ($52.66) | $1.07 |
| 08/30/2025 | Pay: Badge Fee Charge | Pay: 8/30/2025 4:30:17 PM - Badge Fee Charge - Badge Fee | ($1.07) | $0.00 |
| 08/31/2025 | Secure Deposit | Receipt: 160462678, Depositor: Amber Poe | $15.00 | $15.00 |
| 08/31/2025 | Pay: Badge Fee Charge | Pay: 8/30/2025 4:30:17 PM - Badge Fee Charge - Badge Fee | ($3.93) | $11.07 |
| 09/01/2025 | Secure Deposit | Receipt: 160537593, Depositor: Kristina Polanco | $30.00 | $41.07 |
| 09/02/2025 | Commissary Purchase | Charge for Order 100389576 | ($40.97) | $0.10 |
| 09/07/2025 | Secure Deposit | Receipt: 160824949, Depositor: Amber Poe | $20.00 | $20.10 |

**JEFFERSONCOUNTYTX**                                                                 11/3/2025 10:15 AM

## Resident Consolidated Statement

Transactions from 05/03/2025 to 11/03/2025

| 10/07/2025 | Commissary Purchase | Charge for Order 100398967 | ($3.30) | $0.36 |
|---|---|---|---|---|
| 10/22/2025 | Secure Deposit | Receipt: 163030202, Depositor: Amber Poe | $20.00 | $20.36 |
| 10/22/2025 | Pay: Medical Charge | Pay: 9/26/2025 11:17:49 AM - Medical Charge - Medical Charge 09-20-25 Nurse Service/Prescriptions | ($1.00) | $19.36 |
| 10/22/2025 | Pay: Medical Charge | Pay: 10/15/2025 2:02:31 PM - Medical Charge - Medical Charge 10-14-25 Nurse Services | ($4.00) | $15.36 |
| 10/26/2025 | Secure Deposit | Receipt: 163220443, Depositor: Amber Poe | $20.00 | $35.36 |
| 10/27/2025 | Commissary Purchase | Charge for Order 100403996 | ($28.46) | $6.90 |
| 10/27/2025 | Secure Deposit | Receipt: 163217429, Depositor: Danielle Perales | $30.00 | $36.90 |
| 10/28/2025 | Commissary Purchase | Charge for Order 100404432 | ($36.86) | $0.04 |
| 10/31/2025 | Secure Deposit | Receipt: 163477190, Depositor: Whitney Thompson | $20.00 | $20.04 |
| 10/31/2025 | Commissary Purchase | Charge for Order 100405048 | ($19.73) | $0.31 |
| 11/01/2025 | Secure Deposit | Receipt: 163485907, Depositor: Whitney Thompson | $19.99 | $20.30 |
| 11/03/2025 | Commissary Purchase | Charge for Order 100405928 | ($19.76) | $0.54 |
| | | | **Ending Balance** | **$0.54** |

**JEFFERSONCOUNTYTX**

11/3/2025 10:15 AM

# Resident Consolidated Statement

Transactions from 05/03/2025 to 11/03/2025

## Debt

| Receivable Aggregate | | | Beginning Balance | $0.00 |
|---|---|---|---|---|
| **Date** | **Accounting Event** | **Description** | **Amount** | **Balance** |
| 08/30/2025 | Badge Fee Charge | Badge Fee | $5.00 | $5.00 |
| 08/30/2025 | Pay: Badge Fee Charge | Pay: 8/30/2025 4:30:17 PM - Badge Fee Charge - Badge Fee | ($1.07) | $3.93 |
| 08/31/2025 | Pay: Badge Fee Charge | Pay: 8/30/2025 4:30:17 PM - Badge Fee Charge - Badge Fee | ($3.93) | $0.00 |
| 09/13/2025 | Badge Fee Charge | Lost Id Badge Form | $5.00 | $5.00 |
| 09/13/2025 | Pay: Badge Fee Charge | Pay: 9/13/2025 5:35:48 PM - Badge Fee Charge - Lost Id Badge Form | ($0.15) | $4.85 |
| 09/13/2025 | Pay: Badge Fee Charge | Pay: 9/13/2025 5:35:48 PM - Badge Fee Charge - Lost Id Badge Form | ($4.85) | $0.00 |
| 09/23/2025 | Medical Charge | Medical Charge 09-15-25 Nurse Service/Prescriptions (x2) | $10.00 | $10.00 |
| 09/26/2025 | Medical Charge | Medical Charge 09-20-25 Nurse Service/Prescriptions | $6.00 | $16.00 |
| 09/28/2025 | Pay: Medical Charge | Pay: 9/23/2025 11:51:40 AM - Medical Charge - Medical Charge 09-15-25 Nurse Service/Prescriptions ( | ($10.00) | $6.00 |
| 09/28/2025 | Pay: Medical Charge | Pay: 9/26/2025 11:17:49 AM - Medical Charge - Medical Charge 09-20-25 Nurse Service/Prescriptions | ($5.00) | $1.00 |
| 10/15/2025 | Medical Charge | Medical Charge 10-14-25 Nurse Services | $4.00 | $5.00 |
| 10/22/2025 | Pay: Medical Charge | Pay: 9/26/2025 11:17:49 AM - Medical Charge - Medical Charge 09-20-25 Nurse Service/Prescriptions | ($1.00) | $4.00 |
| 10/22/2025 | Pay: Medical Charge | Pay: 10/15/2025 2:02:31 PM - Medical Charge - Medical Charge 10-14-25 Nurse Services | ($4.00) | $0.00 |
| | | | **Ending Balance** | **$0.00** |

Robert Trahan #281042
5030 Hwy 69 South
Beaumont Texas 77705



CLERK, U.S. DISTRICT COURT
RECEIVED

DEC 1 9 2025

EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

United States District
Court for the Eastern Division
of Texas.
300 Willow st. Suite 104
Beaumont, Texas 77701